JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM METCALFE, on behalf of himself and all other similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL W. PERRY; LOUIS E. CALDERA; LYLE E. GRAMLEY; HUGH M. GRANT; PATRICK C. HADEN; TERRANCE G. HODEL; ROBERT L. HUNT II; LYDIA H. KENNARD; BRUCE G. WILLISON; A. SCOTT KEYS, INDYMAC BANK; F.S.B. EMPLOYEE BENEFITS FIDUCIARY COMMITTEE,<br><br>             Defendants. | Case No. CV 08-05224 DDP (Ex)<br><br>**ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 22, 2011

_____

DEAN D. PREGERSON
United States District Judge